UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALLY PETERSON, | Case No. 18-cv-04918-HSG |
| Plaintiff, | **SCHEDULING ORDER** |
| v. | Re: Dkt. No. 18 |
| HOME DEPOT U.S.A., INC, | |
| Defendant. | |

The parties submitted a proposed schedule on December 6, 2018. *See* Dkt. No. 18. Having considered the parties' proposed schedule, the Court **SETS** the following deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Date |
|---|---|
| Amendment of Pleadings | December 28, 2018 |
| Mediation Deadline | March 29, 2019 |
| Non-Expert Discovery Deadline | April 26, 2019 |
| Deadline to Exchange Opening Expert Reports | May 3, 2019 |
| Deadline to Exchange Rebuttal Expert Reports | June 14, 2019 |
| Dispositive Motion Hearing Deadline | July 18, 2019 at 2:00 p.m. |
| Expert Discovery Deadline | August 9, 2019 |
| *Daubert* Motion Hearing Deadline | September 26, 2019 at 2:00 p.m. |
| Pretrial Conference | October 8, 2019 at 3:00 p.m. |
| 5-Day Jury Trial | November 12, 2019, at 8:30 a.m. |

///

///

1  These dates may only be altered by order of the Court and only upon a showing of good
2 cause.  The parties are directed to review and comply with this Court's Civil Pretrial and Trial
3 Standing Order.  This order terminates Docket Number 18.

**IT IS SO ORDERED.**

Dated: 12/12/2018

HAYWOOD S. GILLIAM, JR.
United States District Judge