UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Sally Peterson

Plaintiff(s)

v.

Home Depot U.S.A., Inc.

Defendant(s)

CASE No C 18-cv-04918-HSG

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5. The parties agree to participate in the following ADR process:

- ☐ **Early Neutral Evaluation (ENE)** (ADR L.R. 5)
- ☒ **Mediation** (ADR L.R. 6)   The parties are amenable to ADR panel mediator Patricia Prince.
- ☐ **Early Settlement Conference with a Magistrate Judge** (ADR L.R. 7)
- ☐ **Private ADR** (*specify process and provider*)

The parties agree to hold the ADR session by:

- ☐ the presumptive deadline (*90 days from the date of the order referring the case to ADR*)
- ☒ other requested deadline: 3/29/19

Date: 1/18/19

Date: 1/17/19

/s/ Doug Atkinson
Attorney for Plaintiff
/s/ Zachary S. Tolson
Attorney for Defendant

☒ IT IS SO ORDERED.
☐ IT IS SO ORDERED WITH THE FOLLOWING MODIFICATIONS:

*Haywood S. Gilliam Jr.*
U.S. DISTRICT/~~MAGISTRATE~~ JUDGE

*Important! E-file this form in ECF using the appropriate event among these choices: "Stipulation & Proposed Order Selecting Mediation" or "Stipulation & Proposed Order Selecting ENE" or "Stipulation & Proposed Order Selecting Early Settlement Conference with a Magistrate Judge" or "Stipulation & Proposed Order Selecting Private ADR."*

Form ADR-Stip rev. 1-15-2019