®LAO 154  (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

| NORTHERN DISTRICT | District of | CALIFORNIA |
| --- | --- | --- |

Sally Peterson

Plaintiff (s),

V.

Home Depot USA, Inc..

Defendant (s),

**CONSENT ORDER GRANTING
SUBSTITUTION OF ATTORNEY**

CASE NUMBER:  18-cv-04918-HSG

Notice is hereby given that, subject to approval by the court,  Sally Peterson, Plaintiff  substitutes
                                                                    (Party (s) Name)

Sally Peterson, In Pro Per  , State Bar No.  N/A  as counsel of record in
        (Name of New Attorney)

place of   Christopher Shenfield, Esq.;  K. Douglas Atkinson, Esq.
                    (Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name:      Sally Peterson

Address:        1329 Avenida Sebastian, Sonoma CA 95476

Telephone:      707-721-2782                 Facsimile

E-Mail (Optional):   sallythorncb@hotmail.com

I consent to the above substitution.

Date:  ✗ May, 21, 2019                       ✗ _Sally Thornhill Peterson_
                                                      (Signature of Party (s))

I consent to being substituted.

Date:  March 19, 2019                        _RD Atkinson_
                                             _____
                                                (Signature of Former Attorney (s))

I consent to the above substitution.

Date:                                        _____
                                                (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date:     4/2/2019                           _Haywood S. Gill, Jr._
                                                        Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]