UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALLY PETERSON,<br><br>    Plaintiff,<br><br>v.<br><br>HOME DEPOT U.S.A., INC,<br><br>    Defendant. | Case No. 18-cv-04918-HSG<br><br>**ORDER SETTING TELEPHONE CONFERENCE** |

The Court hereby SETS a telephone conference at 3:00 p.m. on April 25, 2019. The parties shall be prepared to discuss the status of mediation and resolution of the case. Plaintiff and defense counsel shall contact CourtCall at (866) 582-6878 to make arrangements for the telephone appearance.

**IT IS SO ORDERED.**

Dated: 4/18/2019

*Haywood S. Gilliam Jr.*
HAYWOOD S. GILLIAM, JR.
United States District Judge