UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALLY PETERSON,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>HOME DEPOT U.S.A., INC,<br><br>　　　　Defendant. | Case No. 18-cv-04918-HSG<br><br>**ORDER VACATING DEADLINES AND SETTING CASE MANAGEMENT CONFERENCE** |

As noted in the Court's April 24, 2019 text order, the Court hereby **VACATES** in light of the parties' joint notice of settlement: (1) the April 25, 2019 telephone conference; (2) upcoming expert deadlines; and (3) the June 13, 2019 deadline to submit dispositive motions in advance of the July 18, 2019 hearing. The Court, however, anticipates receiving a stipulated dismissal within 60 days and thus does not vacate any other deadlines. The Court further **SETS** a case management conference for June 25, 2019 at 2:00 p.m.

**IT IS SO ORDERED.**

Dated: 4/25/2019

　　　　　　　　　　　　　　　　　　　　　　　HAYWOOD S. GILLIAM, JR.
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge